UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HART,

    Petitioner,

v.

EDMUND G. BROWN, JR., et al.,

    Respondent.

Case No. 16-cv-05928-JST (PR)

**ORDER OF TRANSFER**

Petitioner, who was convicted in Sacramento County Superior Court and now is incarcerated at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 to challenge a decision denying him parole. The petition challenges the execution of his sentence. The prison at which petitioner is incarcerated is in Kings County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: November 1, 2016



_____
JON S. TIGAR
United States District Judge